## Docket No. 24-2199

*In the*

# United States Court of Appeals

*for the*

# Ninth Circuit

---

KELLY CAHILL; HEATHER HENDER; SARA JOHNSTON;
LINDSAY ELIZABETH,

*Plaintiffs-Appellees,*

v.

INSIDER, INC.; ADVANCE LOCAL MEDIA, LLC;
AMERICAN CITY BUSINESS JOURNALS,

*Intervenors-Appellees,*

NIKE, INC.,

*Defendant-Appellant.*

---

*Appeal from a Decision of the United States District Court for the District of Oregon, Portland,*
*No. 3:18-cv-01477-JR · Honorable Marco A. Hernandez*

## INDEX VOLUME
## (EXCERPTS OF RECORD)

DANIEL PRINCE, CA BAR 237112
FELICIA A. DAVIS, CA Bar No. 266523
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071-2228
Telephone: (213) 683-6000
danielprince@paulhastings.com
feliciadavis@paulhastings.com

*Attorneys for Defendant-Appellant,*
*NIKE, Inc.*

---

 COUNSEL PRESS · (213) 680-2300                    PRINTED ON RECYCLED PAPER 

## TABLE OF CONTENTS

## VOLUME 1

| Document Description | File Date | USDC Dkt. No. | ER Page No. |
|---|---|---|---|
| Order Affirming Magistrate Judge Russo's Order, ECF 431. | 4/8/2024 | 458 | 0002 |
| Order by Magistrate Judge Russo: Plaintiffs' motion requesting return of inadvertently disclosed materials (ECF 410) is denied; Defendant's request for discovery (ECF 429) is denied; Defendant's request for a temporary stay (ECF 429) is granted. The parties' request for oral argument is denied. | 2/28/2024 | 431 | 0005 |

## VOLUME 2

| Document Description | File Date | USDC Dkt. No. | ER Page No. |
|---|---|---|---|
| Order Setting Telephonic Oral Argument. | 4/1/2024 | 454 | 0016 |
| Declaration of Daniel Prince in Support of Motion to Compel Documents. | 3/29/2024 | 448 | 0019 |
| Defendant Nike, Inc.'s Motion to Compel Production of Documents. | 3/29/2024 | 447 | 0089 |
| Advance Local Media LLC, *d/b/a Oregon Media Group's* (The Oregonian) Response in Opposition to Defendant Nike, Inc.'s and Plaintiffs' Objections to Magistrate Judge's February 28, 2024 Order. | 3/22/2024 | 442 | 0104 |
| Declaration of Daniel Prince in Support of Nike, Inc.'s Objections to the Magistrate Judge's February 28, 2024 Findings & | 3/13/2024 | 437 | 0116 |

| Document Description | File Date | USDC Dkt. No. | ER Page No. |
|---|---|---|---|
| Recommendation (ECF No. 431) Pursuant to Fed. R. Civ. P. 72(b), or in the Alternative, Motion to Stay Pending Appeal. | | | |
| Defendant Nike, Inc.'s Objections to the Magistrate Judge's February 28, 2024 Findings & Recommendation (ECF No. 431) Pursuant to Fed. R. Civ. P. 72(b), or in the Alternative, Motion to Stay Pending Appeal. | 3/13/2024 | 436 | 0133 |
| Plaintiffs' Objections to Magistrate Judge's February 28, 2024, Order [ECF 431]. | 3/13/2024 | 434 | 0173 |
| Advance Local Media LLC, *D/B/A Oregonian Media Group's (The Oregonian)* Response in Opposition to Defendant Nike, Inc.'s (1) Oral Argument Request; (2) Emergency Motion for a Temporary Administrative Stay; (3) Request for Discovery; and (4) Objection. | 2/15/2024 | 430 | 0178 |
| Defendant Nike, Inc.'s (1) Oral Argument Request, (2) Emergency Motion for a Temporary Administrative Stay; (3) Request for Discovery; and (4) Objection. | 2/14/2024 | 429 | 0181 |
| Supplemental Declaration of Matthew Kish in Support of Advance Local Media LLC, *D/B/A Oregonian Media Group's (The Oregonian)* Emergency Motion to Vacate the Magistrate Judge's Order, or in the Alternative, Stay Proceedings, Prior to January 31, 2024, FRCP 72. | 2/13/2024 | 428 | 0188 |
| Reply in Support of Advance Local Media LLC, *D/B/A Oregonian Media Group's (The Oregonian)* Emergency Motion to Vacate the Magistrate Judge's Order, or in the Alternative, Stay Proceedings Prior to | 2/13/2024 | 427 | 0190 |

3

| Document Description | File Date | USDC Dkt. No. | ER Page No. |
|---|---|---|---|
| January 31, 2024, FRCP 72. | | | |
| Declaration of Daniel Prince in Support of Defendant Nike, Inc.'s Response to Advance Local Media LLC, *D/B/A Oregonian Media Group's (The Oregonian)* Arguments in Support of Its Emergency Motion to Vacate the Magistrate Judge's Order, or in the Alternative, Stay Proceedings Prior to January 31, 2024, FRCP 72. | 2/6/2024 | 426 | 0205 |
| Defendant Nike, Inc.'s Response to Advance Local Media LLC, *D/B/A Oregonian Media Group's (The Oregonian)* Arguments in Support of Its Emergency Motion to Vacate the Magistrate Judge's Order, or in the Alternative, Stay Proceedings Prior to January 31, 2024, FRCP 72. | 2/6/2024 | 425 | 0217 |
| Redacted Declaration of Laura Salerno Owens in Support of Plaintiffs' Motion to Request Return of Inadvertently Disclosed Materials | 2/6/2024 | 423 | 0240 |
| Plaintiffs' Redacted Motion to Request Return of Inadvertently Disclosed Materials (ECF No. 410) | 2/6/2024 | 422 | 0260 |
| Plaintiffs' Response to Advance Local Media LLC, *D/B/A Oregonian Media Group's (The Oregonian)* Emergency Motion to Vacate the Magistrate Judge's Order, or in the Alternative, Stay Proceedings Prior to January 31, 2024, FRCP 72. | 2/6/2024 | 421 | 0269 |
| ORDER issued by Magistrate Judge Jolie A. Russo: In light of the District Court Order | 1/30/2024 | 418 | 0277 |

| Document Description | File Date | USDC Dkt. No. | ER Page No. |
|---|---|---|---|
| vacating Order [412], the parties are directed to respond to arguments made in Movant Advance Local Media, LLC's Emergency Motion to Vacate [414]. | | | |
| ORDER: The Court GRANTS Advance Local Media LLC's Emergency Motion to Vacate the Magistrate Judge's Order, or in the Alternative, Stay Proceedings Prior to January 31, 2024, ECF 414, and VACATES the Magistrate Judge's Order [412]. | 1/30/2024 | 417 | 0280 |
| Declaration of Matthew Kish in Support of Advance Local Media LLC, *D/B/A Oregonian Media Group's (The Oregonian)* Emergency Motion to Vacate the Magistrate Judge's Order, or in the Alternative, Stay Proceedings, Prior to January 31, 2024. | 1/29/2024 | 416 | 0283 |
| Declaration of Timothy R. Volpert in Support of Advance Local Media LLC, *D/B/A Oregonian Media Group's (The Oregonian)* Emergency Motion to Vacate the Magistrate Judge's Order, or in the Alternative, Stay Proceedings, Prior to January 31, 2024. | 1/29/2024 | 415 | 0286 |
| Advance Local Media LLC, *D/B/A Oregonian Media Group's (The Oregonian)* Emergency Motion to Vacate the Magistrate Judge's Order, or in the Alternative, Stay Proceedings, Prior to January 31, 2024, FRCP 72. | 1/29/2024 | 414 | 0288 |
| ORDER issued by Magistrate Judge Jolie A. Russo: Plaintiffs' motion requesting return of inadvertently disclosed documents and requesting expedited consideration (ECF 410), to which defendant joins, is Granted. | 1/26/2024 | 412 | 0303 |

| Document Description | File Date | USDC Dkt. No. | ER Page No. |
|---|---|---|---|
| In order to assure non-disclosure, the Oregonian is ordered as follows: return the inadvertently disclosed documents by January 31, 2024; agree not to disseminate that information in any way; and to destroy any copies in its possession. See Fed. R. Civ. P. 26(b)(5)(B), Fed. R. Civ. P. 502(b). | | | |
| Order: Motion to Add Media Intervenors is Granted. | 1/19/2024 | 408 | 0306 |
| Order Granting Appellants Appellant's Motion for Stay Pending Appeal. | 1/11/2024 | 407 | 0308 |

## **VOLUME 3**

| Document Description | File Date | USDC Dkt. No. | ER Page No. |
|---|---|---|---|
| Defendant Nike, Inc.'s Notice of Appeal Re: The District Court's January 5, 2024 Order Adopting the Magistrate Judge's Findings & Recommendation (ECF No. 403). | 01/09/2024 | 406 | 0310 |
| Order re: Defendants' Motion to Stay (re: ECF No. 397). | 01/05/2024 | 404 | 0319 |
| Media Intervenors' Response to Defendant's Emergency Motion for Stay Pending Appeal | 12/27/2023 | 399 | 0322 |
| Defendant Nike, Inc.'s Motion for a Stay Pending Appeal re: Objections to Magistrate Judge's Findings and Recommendations dated October 11, 2023 (ECF No. 363). | 12/21/2023 | 397 | 0328 |
| Defendant Nike, Inc.'s Renewed Request for Oral Argument on Nike, Inc.'s Objections to the Magistrate Judge's Findings & Recommendation Dated October 11, 2023 (ECF 363) Pursuant to Fed R. Civ. P. 72 and | 12/21/2023 | 396 | 0341 |

| Document Description | File Date | USDC Dkt. No. | ER Page No. |
|---|---|---|---|
| Conditional Request for Emergency Stay. | | | |
| Plaintiffs' Opposition to Nike's Objections to the Magistrate Judge's Findings and Recommendation. | 11/08/2023 | 384 | 0345 |
| Response of Non-Party Media Organizations Insider, Inc. *d/b/a Business Insider*, Advance Local Media LLC *d/b/a Oregonian Media Group*, and American City Business Journals, Inc. *d/b/a/ Portland Business Journal* to Defendant's Objections to the Magistrate Judge's Order Pursuant to Fed R. Civ. P. 72(a). | 11/08/2023 | 383 | 0355 |
| Second Amended Class and Collective Action Allegation Complaint | 10/26/2023 | 377 | 0375 |
| Defendant Nike, Inc.'s Objections to the Magistrate Judge's Findings & Recommendation dated October 11, 2023 (ECF No. 363) Pursuant to Fed R. Civ. P. 72(a). | 10/25/2023 | 376 | 0436 |
| Findings and Recommendations re: Unsealing and Unredacting. | 10/11/2023 | 363 | 0457 |
| Reply in Support of Renewed Motion of Non-Party Media Organizations Insider, Inc. *d/b/a Business Insider*, Advance Local Media LLC *d/b/a Oregonian Media Group*, and American City Business Journals, Inc. *d/b/a/ Portland Business Journal* to Unseal Judicial Records. | 09/06/2023 | 346 | 0464 |
| Defendant Nike, Inc.'s Opposition to Renewed Motion of Non-Party Media Organizations Insider Inc. *d/b/a Business Insider*, Advance Local Media LLC *d/b/a Oregonian Media Group*, and American | 08/23/2023 | 345 | 0480 |

| Document Description | File Date | USDC Dkt. No. | ER Page No. |
|---|---|---|---|
| City Business Journals, Inc. *d/b/a Portland Business Journal* to Unseal Judicial Records. | | | |
| Renewed Motion of Non-Party Media Organizations Insider, Inc. *d/b/a Business Insider*, Advance Local Media LLC *d/b/a Oregonian Media Group*, and American City Business Journals, Inc. *d/b/a/ Portland Business Journal* to Unseal Judicial Records. | 08/09/2023 | 343 | 0499 |
| Parties' Joint Stipulation and [Proposed] Order Requesting an Extension to File a Status Report and Proposed Case Management Schedule. | 06/14/2023 | 339 | 0515 |
| Order Adopting Magistrate Judge Jolie A. Russo's Findings and Recommendation of November 22, 2022. | 03/21/2023 | 335 | 0520 |
| (Unsealed) Findings & Recommendation of Magistrate Judge Jolie A. Russo. | 11/22/2022 | 310 | 0523 |

## VOLUME 4

| Document Description | File Date | USDC Dkt. No. | ER Page No. |
|---|---|---|---|
| Redacted Letter from Goldstein, Borgen, Dardarian & Ho to Magistrate Judge Jolie A. Russo. | 11/16/2022 | 290-4 | 0581 |
| Redacted Version of Exhibits to Declaration of Mengfei Sun. | 11/16/2022 | 288 | 0618 |
| Redacted Version of Exhibits to Declaration of Mengfei Sun. | 11/16/2022 | 285-2 | 0629 |
| | 11/16/2022 | 285-1 | 0631 |
| Redacted Version of Exhibits to Declaration | 11/16/2022 | 284-8 | 0633 |

8

| Document Description | File Date | USDC Dkt. No. | ER Page No. |
|---|---|---|---|
| of Mengfei Sun. | | | |
| Redacted Version of Exhibits to Declaration of Mengfei Sun. | 11/16/2022 | 284-7 | 0639 |
| Redacted Version of Exhibits to Declaration of Mengfei Sun. | 11/16/2022 | 284-6 | 0643 |
| Order Adopting Magistrate Judge Jolie A. Russo's Findings and Recommendation of September 30, 2022. | 11/15/2022 | 275 | 0646 |
| U.S. Magistrate Judge's Findings and Recommendation. | 9/30/2022 | 273 | 0648 |
| Request Of Non-Party Media Organizations Insider, Inc., Advance Local Media LLC d/b/a *Oregonian Media Group*, and American City Business Journals, Inc d/b/a *Portland Business Journal's* For Clarification | 6/9/2022 | 255 | 0663 |
| Motion of Non-Party Media Organizations Insider, Inc. *d/b/a Business Insider*, Advance Local Media LLC *d/b/a Oregonian Media Group*, and American City Business Journals, Inc. *d/b/a/ Portland Business Journal* to Intervene for the Limited Purpose of Moving to Unseal Judicial Records and to Oppose Defendant's Motion to Seal. | 04/08/2022 | 205 | 0669 |
| Declaration of Daniel Prince re: Nike, Inc.'s Motion to Seal. | 03/15/2022 | 172 | 0687 |
| Defendant Nike, Inc.'s Motion to Seal. | 03/15/2022 | 171 | 0690 |
| ORDER issued by Magistrate Judge Jolie A. Russo: All production pursuant to this order is subject to the Protective Order [82] entered in this case on June 17, 2019, with the additional requirement that any | 11/23/2020 | 130 | 0707 |

| Document Description | File Date | USDC Dkt. No. | ER Page No. |
|---|---|---|---|
| contacted employee/witness/subject shall first be informed of a right to refuse to talk at this stage of the proceedings. | | | |
| ORDER issued by Magistrate Judge Jolie A. Russo:  Plaintiffs' Motion to Compel granted in part and denied in part. | 08/10/2020 | 111 | 0710 |
| ORDER issued by Magistrate Judge Jolie A. Russo:  Plaintiffs' Motion to Compel granted. | 03/23/2020 | 99 | 0719 |
| Stipulated Protective Order | 06/17/2019 | 82 | 0727 |
| Class Action Allegation Complaint. | 08/09/2018 | 1 | 0738 |
| Defendant's Notice of Appeal re District Court's 4-9-24 Order Adopting the Judge's Findings & Recommendation | 4/9/2024 | 459 | 0785 |
| Docket for United States District Court for the District of Oregon, Case No. 3:18-cv-01477-JR. | 7/31/2024 | | 0790 |

## VOLUME 5 [FILED UNDER SEAL]

| Document Description | File Date | USDC Dkt. No. | ER Page No. |
|---|---|---|---|
| Declaration of Monique Matheson in Support of Defendant Nike Inc.'s Response to Plaintiffs' Emergency Request for Rule 16 Conference | 3/18/2024 | 441 | 0879 |
| Declaration of Laura Salerno Owens in Support of Plaintiffs' Motion to Request Return of Inadvertently Disclosed Materials. | 1/25/2024 | 411 | 0882 |
| Plaintiffs' Motion to Request Return of Inadvertently Disclosed Materials. | 1/25/2024 | 410 | 0902 |

| Document Description | File Date | USDC Dkt. No. | ER Page No. |
|---|---|---|---|
| Plaintiffs' Opposition to Nike's Objections to the Magistrate Judge's Findings and Recommendation. | 11/08/2023 | 382 | 0911 |
| Unredacted version of Letter from Goldstein, Borgen, Dardarian & Ho to Magistrate Judge Jolie A. Russo. | 1/10/2022 | 165-4 | 0921 |
| Unredacted version of Declaration of ByronGoldstein in Support of Plaintiffs' Motion for Class Certification. | 1/10/2022 | 163 | 0958 |
| Unredacted version of Redacted Version of Exhibits to Declaration of Mengfei Sun. | 1/10/2022 | 160-2 | 0969 |
| Unredacted version of Redacted Version of Exhibits to Declaration of Mengfei Sun. | 1/10/2022 | 160-1 | 0971 |
| Unredacted version of Redacted Version of Exhibits to Declaration of Mengfei Sun. | 1/10/2022 | 159-8 | 0973 |
| Unredacted version of Redacted Version of Exhibits to Declaration of Mengfei Sun. | 1/10/2022 | 159-7 | 0979 |
| Unredacted version of Redacted Version of Exhibits to Declaration of Mengfei Sun. | 1/10/2022 | 159-6 | 0983 |