Case No. 24-2199

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---

KELLY CAHILL, ET AL.,
*Plaintiffs-Appellees,*

vs.

INSIDER, INC.; ADVANCE LOCAL MEDIA, LLC; AMERICAN CITY BUSINESS JOURNALS
*Media Intervenors-Appellees,*

NIKE, INC.,
*Defendant-Appellant.*

---

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON
CASE NO. 3:18-CV-01477-JR
HON. MARCO H. HERNANDEZ, UNITED STATES DISTRICT JUDGE

---

**PLAINTIFFS-APPELLEES' ANSWERING BRIEF**

---

LAURA L. HO (CA SBN 173179)
LHO@GBDHLEGAL.COM
BARRY GOLDSTEIN, OF COUNSEL (CA SBN 141868)
BGOLDSTEIN@GBDHLEGAL.COM
JAMES KAN (CA SBN 240749)
JKAN@GBDHLEGAL.COM
BYRON GOLDSTEIN (CA SBN 289306)
BRGOLDSTEIN@GBDHLEGAL.COM
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 GRAND AVENUE, SUITE 900
OAKLAND, CA 94612
TEL: (510) 763-9800
FAX: (510) 835-1417

COUNSEL FOR PLAINTIFFS-APPELLEES

*(Attorney information continued on next page)*

907220.14

LAURA SALERNO OWENS, OSB #076230
LAURASALERNO@MARKOWITZHERBOLD.COM
DAVID B. MARKOWITZ, OSB #742046
DAVIDMARKOWITZ@MARKOWITZHERBOLD.COM
HARRY B. WILSON, OSB #077214
HARRYWILSON@MARKOWITZHERBOLD.COM
KATHRYN P. ROBERTS, OSB #064854
KATHRYNROBERTS@MARKOWITZHERBOLD.COM
MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OR 97201
TEL: (503) 295-3085
FAX: (503) 323-9105

CRAIG ACKERMANN (CA SBN 229832)
CJA@ACKERMANNTILAJEF.COM
BRIAN DENLINGER (WA SBN 53177)
BD@ACKERMANNTILAJEF.COM
ACKERMANN & TILAJEF PC
1180 S BEVERLY DRIVE, SUITE 610
LOS ANGELES, CA 90035
TEL: (310) 277-0614
FAX: (310) 277-0635

INDIA LIN BODIEN
INDIA@INDIALINBODIENLAW.COM
INDIA LIN BODIEN, ATTORNEY AT LAW
2522 NORTH PROCTOR STREET, #387
TACOMA, WA 98406-5338
TEL: (253) 503-1672
FAX: (253) 276-0081

COUNSEL FOR PLAINTIFFS-APPELLEES

907220.14

## TABLE OF CONTENTS

Page

CORPORATE DISCLOSURE STATEMENT ...................................................................1

    I.     ARGUMENT ........................................................................................2

    II.    JURISDICTIONAL STATEMENT ....................................................3

    III.   ORAL ARGUMENT ...........................................................................3

    IV.   CONCLUSION ....................................................................................3

CERTIFICATE OF COMPLIANCE .......................................................5

CERTIFICATE OF SERVICE .................................................................6

907220.14

## TABLE OF AUTHORITIES

**Page(s)**

**Federal Cases**

*Cahill v. Nike, Inc.*,
    No. 24-165 (9th Cir. Mar. 25, 2024)......................................................................2

907220.14

ii

## CORPORATE DISCLOSURE STATEMENT

None of the Plaintiffs-Appellees in this case is a corporation. Therefore, no corporate disclosure statement is required under Rule 26.1 of the Federal Rules of Appellate Procedure.

907220.14

## I.　ARGUMENT

Plaintiffs-Appellees join in Markowitz Herbold, P.C.'s and Nike's requested relief to this Court regarding the return and destruction of the inadvertently produced documents.

Plaintiffs, however, write separately to correct numerous misrepresentations made by Nike's Opening Brief, specifically about the scope of Plaintiffs' discrimination claims and the relevance of workplace complaints collectively named Starfish or the Starfish Project. Nike Opening Br. at 20, ECF No. 33.1 (citing, *e.g.*, 4-ER-749-750 (Compl. at ¶ 54)). Nike made similar misrepresentations in its prior and now consolidated appeal challenging the unsealing of Starfish complaints. Opening Br. of Def.-Appellant Nike, Inc. at 10, 16-17, 33, 37, 41-42, 52, *Cahill v. Nike, Inc.*, No. 24-165 (9th Cir. Mar. 25, 2024), ECF No. 23.1. Plaintiffs corrected these misrepresentations with record evidence and binding legal authority confirming the relevance of the Starfish complaints to their individual and class sex discrimination claims. Pls.-Appellees' Answering Br., *Cahill v. Nike, Inc.*, No. 24-165 (9th Cir. May 10, 2024), ECF No. 43. Ignoring the evidence and legal authority to the contrary, this appeal doubles down on these same misrepresentations. Plaintiffs, therefore, must again correct the record regarding the relevance of the Starfish complaints to their discrimination

907220.14

2

claims and hereby incorporate by reference their prior Answering Brief at 3-16, No 25-165, ECF No. 43.[1]

## II. JURISDICTIONAL STATEMENT

Plaintiffs agree that the district court and the Ninth Circuit have jurisdiction over this case and appeal.

## III. ORAL ARGUMENT

Plaintiffs do not require their own oral argument for this appeal unless requested by the Court.

## IV. CONCLUSION

Plaintiffs respectfully request that the Court order the return and destruction of the inadvertently produced documents. They also respectfully request that this Court disregard Nike's attempts to mischaracterize the record.

---

[1] Plaintiffs-Appellees' Answering Brief, No. 24-165, ECF No. 43, was filed under seal. Plaintiffs herein cite to the pages of the Answering Brief rather than the pages of the ECF Entry since that sealed entry is unavailable.

907220.14

Dated: September 3, 2024

Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO

*/s/ Barry Goldstein*
Laura L. Ho
Barry Goldstein, Of Counsel
James Kan
Byron Goldstein

MARKOWITZ HERBOLD PC
David B. Markowitz
Harry B. Wilson
Laura Salerno Owens
Kathryn P. Roberts

ACKERMANN & TILAJEF PC
Craig Ackerman
Brian Denlinger

INDIA LIN BODIEN, ATTORNEY AT LAW
India Lin Bodien

Attorneys for Plaintiffs-Appellees

907220.14

4

## CERTIFICATE OF COMPLIANCE

This Answering Brief includes 283 words, excluding the portions exempted by Rule 32(f) of the Federal Rules of Appellate Procedure, which is less than the word limit for petitions and answers set forth under Ninth Circuit Rule 32-1(a).

This Answering Brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5), and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Respectfully submitted,

Dated: September 3, 2024      */s/ Barry Goldstein*
                                               Attorneys for Plaintiffs-Petitioners

907220.14

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on September 3, 2024.

I certify that all parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

Respectfully submitted,

Dated: September 3, 2024            */s/ Barry Goldstein*
                                   Attorneys for Plaintiffs-Petitioners

907220.14