**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 24 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KELLY CAHILL; HEATHER HENDER; SARA JOHNSTON; LINDSAY ELIZABETH,<br><br>   Plaintiffs - Appellees,<br><br> v.<br><br>INSIDER INC.; ADVANCE LOCAL MEDIA LLC d/b/a OREGONIAN MEDIA GROUP; AMERICAN CITY BUSINESS JOURNALS,<br><br>   Intervenors - Appellees,<br><br>NIKE, INC., an Oregon Corporation,<br><br>   Defendant - Appellant,<br><br>----------------------------------------<br><br>MARKOWITZ HERBOLD, PC,<br><br>   Intervenor. | No. 24-2199<br><br>D.C. No. 3:18-cv-01477-JR<br>District of Oregon, Portland<br><br>ORDER |

Before: VANDYKE and JOHNSTONE, Circuit Judges, and CHRISTENSEN, District Judge.[*]

  The panel has unanimously voted to deny the petition for panel rehearing.

Judge VanDyke and Judge Johnstone have voted to deny the petition for rehearing

---

[*]  The Honorable Dana L. Christensen, United States District Judge for the District of Montana, sitting by designation.

2

en banc, and Judge Christensen so recommends. The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote on whether to rehear the matter en banc. *See* Fed. R. App. P. 40. The petition for panel rehearing and rehearing en banc (Dkt. No. 94) is therefore **DENIED**.